USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA LEE SEGAL,

Plaintiff,

-v-

NYS OFFICE OF CHILDREN AND FAMILY SERVICES (OCFS),

Defendant(s).

26-cv-8187 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As detailed in the Court's November 20, 2026 Order to Show Cause, Dkt. No. 61, Plaintiff has filed various discovery-related documents publicly on the docket. *See* Dkt. Nos. 54–58; *see also* Dkt. No. 59, 62 (filed on the day of or after the November 20, 2026 Order). Plaintiff was ordered to show cause no later than November 24, 2026, why such filings should not be stricken from the docket in light of Federal Rule of Civil Procedure 5. Plaintiff has failed to do so. Accordingly, the Court respectfully directs the Clerk of Court to strike Dkt. Nos. 54–59, 62.

SO ORDERED.

Dated: November 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge